KRISTY BOOKER and
JOSEPH PUHL,

     Plaintiffs,

  v.

OFFICER DEREK DAYOUB, OFFICER
AMBER PRICE, OFFICER SCOTT
GRAY, SMITH TOWNSHIP, WASHINGTON
COUNTY, PENNSYLVANIA, and BOROUGH
of BURGETTSTOWN, PENNSYLVANIA,

     Defendants.

) C. A. No. 09-522

)

)

) **Jury Trial Demanded**

## STIPULATION FOR DISMISSAL

    AND NOW come the parties by and through their respective counsel and stipulate to the voluntary dismissal of the above matter, with prejudice, based upon the agreed upon settlement of the Plaintiff's claims against the Defendants named herein.

        Respectfully Submitted,

/s/ Timothy P. O'Brien
Timothy P. O'Brien, Esquire
PA I. D. #22104
1705 Allegheny Building
429 Forbes Avenue
Pittsburgh, PA 15219

Attorney for Plaintiff

/s/ David R. Johnson
David R. Johnson, Esquire
Thomson, Rhodes & Cowie, P.C.
1010 Two Chatham Center
Pittsburgh, PA 15219
Counsel for Officer Derek Dayoub, Officer
Scott Gray and Smith Township

/s/ Paul D. Krepps
Paul D. Krepps, Esquire
Marshall, Dennehey, Warner,
 Coleman & Goggin
600 Grant Street, 2900 US Steel Tower
Pittsburgh, PA 15219

Counsel for Borough of Burgettstown

## <u>ORDER</u>

AND NOW, this _____ day of _____, 2010, IT IS SO ORDERED.

_____
United States District Judge